IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BARBOSA, et al., | CASE NO. CV-F-08-0605 LJO GSA |
| Plaintiffs, | **ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE** |
| v. | |
| CARGILL MEAT SOLUTIONS CORP, et al., | |
| Defendants. | |

This alleged collective, class and representative action arises from defendants' alleged failure to compensate for all hours worked; for overtime wages; for meal and rest periods; and for waiting time, among other violations, due to plaintiff and other similarly situated workers.

This Court VACATES the October 8, 2008 scheduling conference and SETS a preliminary scheduling conference for July 17, 2008 at 8:30 a.m. in Department 4 (LJO). At the conference, the Court will set dates for (1) Cutoff for discovery regarding class certification only; (2) Deadline to file motion for class certification; (3) Deadline to file opposition to motion for class certification; (4) Deadline to file reply for motion for class certification; and (5) Hearing date for motion for class certification. The parties are directed to meet and confer as to a proposed schedule and shall file with the Court not later than seven (7) days before the conference, a joint preliminary scheduling conference report. The parties may appear at the conference by arranging a one line conference call and telephoning the Court at 559-499-5680.

IT IS SO ORDERED.

**Dated:   June 9, 2008**                    **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE