1 | Todd M. Schneider (SBN 158253)
W.H. "Hank" Willson, IV (SBN 233321)
2 | SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
3 | 180 Montgomery Street, Suite 2000
San Francisco, California 94104
4 | Tel: (415) 421-7100
Fax: (415) 421-7105

5

Shanon J. Carson (*admitted pro hac vice*)
6 | BERGER & MONTAGUE, P.C.
1622 Locust Street
7 | Philadelphia, Pennsylvania 19103
Tel: (215) 875-4656
8 | Fax: (215) 875-4604

9 | Philip A. Downey (*admitted pro hac vice*)
P.O. Box 736
10 | Unionville, Pennsylvania 19375
Tel: (610) 324-2848
11 | Fax: (610) 347-1073

12 | Attorneys for Plaintiff and the proposed classes

Joseph E. Tilson (*admitted pro hac vice*)
Jeremy J. Glenn (*admitted pro hac vice*)
Jacob M. Rubinstein (*admitted pro hac vice*)
MECKLER BULGER TILSON MARICK &
PEARSON LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Tel: (312) 474-7900
Fax: (312) 474-7898

Ronald H. Barsamian (SBN 81531)
BARSAMIAN & MOODY
1141 W. Shaw Ave., Ste. 104
Fresno, California 93711
Tel: (559) 248-2360
Fax: (559) 248-2370

Attorneys For Defendants

FILED
JAN 20 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALCIDO and ALVAREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS CORP., et al.<br><br>Defendants. | Case No. 1:07-CV-01347-LJO-GSA |
| CHRISTINA BARBOSA, on behalf of herself, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS CORP., et al.,<br><br>Defendants. | Case No. 1:08-CV-00605-LJO-GSA<br><br>**STIPULATION TO CONTINUE DATE FOR FILING JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND ORDER THEREON** |

Subject to the approval of this Court, the parties hereby stipulate to the following order:

As previously reported, the parties have reached agreement to settle the litigation. The parties respectfully request the Court extend by seven (7) days the previously set deadline of January 20, 2009 for filing papers for preliminary approval of the settlement to January 27, 2009 to enable the parties to prepare the appropriate papers.

Dated: January 19, 2009         MECKLER, BULGER TILSON MARICK & PEARSON LLP

/s/ Jeremy J. Glenn
Joseph E. Tilson
Jeremy J. Glenn
Jacob M. Rubinstein
Counsel for Defendants

Dated: January 19, 2009         SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP

BERGER & MONTAGUE, P.C.

PHILIP A. DOWNEY, ESQ.

/s/ Philip A. Downey
Counsel for Plaintiffs

**ORDER**

It is so ordered.

Dated: January 20, 2009

_____
U. S. District Court Judge